**Robinson+Cole**

JOVANA VUJOVIC

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
jvujovic@rc.com
Direct (212) 451-2916

October 13, 2017

*Via Federal Express*
Meredith McBride, Esq.
Timothy Butler, Esq.
Tibbetts, Keating & Butler, LLC
Nine East 45th Street, 9th Floor
New York, New York 10017

Re:  *Sasson Plastic Surgery, LLC v. UnitedHealthcare of New York, Inc.*
     Civil Action No. 2:17-cv-01674-SJF-ARL
     File No. 37134.0029

Dear Counsel:

This office represents Defendant UnitedHealthcare of New York, Inc. ("United") in the above-referenced matter. Enclosed for service upon you, please find United's Motion to Dismiss Plaintiff Sasson Plastic Surgery, LLC's Amended Complaint, consisting of the following documents:

- Notice of Motion;
- Declaration of Mabel S. Fairley, with Exhibits 1 through 228;
- Declaration of Michael H. Bernstein, with Exhibits 1 and 2;
- Memorandum of Law, with Appendices A and B; and
- Certificate of Service

Please note that, due to the volume of the Exhibits to the Declaration of Mabel S. Fairley, they are not being submitted in hard copy and are instead enclosed herewith on a password-protected flash drive. The password will be sent to you by e-mail.

Very truly yours,

Jovana Vujovic

Encls.