UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SASSON PLASTIC SURGERY, LLC,

                    Plaintiff,

    -against-

UNITEDHEALTHCARE OF NEW YORK, INC.,

                    Defendant.
-------------------------------------------------------------------X

Civil Action No.
2:17-cv-01674-SJF-ARL

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Declaration of Mabel S. Fairley dated October 13, 2017, with the exhibits annexed thereto, the Declaration of Michael H. Bernstein dated October 13, 2017, with the exhibits annexed thereto, and the accompanying Memorandum of Law with Appendices A and B annexed thereto, defendant UnitedHealthcare of New York, Inc. ("United"), by its attorneys, Robinson & Cole LLP, will move this Court at a time and date designated by the Court, before the Hon. Sandra J. Feuerstein, U.S.D.J., at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York, NY 11722, for an Order pursuant to Rule 12(b)(6), FED. R. CIV. P., dismissing Plaintiff Sasson Plastic Surgery, LLC's ("Plaintiff") Amended Complaint in its entirety and with prejudice, and for any further relief as this Court may deem just and proper.

Dated: New York, New York
       October 13, 2017

                                      Respectfully submitted,

                                      s/Michael H. Bernstein
                                      Michael H. Bernstein (MB-0579)
                                      Jovana Vujovic (JV-1010)
                                      ROBINSON & COLE LLP
                                      666 Third Avenue, 20th Floor
                                      New York, New York 10017
                                      Tel. (212) 451-2900
                                      Fax (212) 451-2999
                                      *Attorneys for Defendant*

To:
Meredith McBride, Esq.
Timothy Butler, Esq.
Tibbetts, Keating & Butler, LLC
Nine East 45th Street, 9th Floor
New York, New York 10017
*Attorneys for Plaintiff*